### In re: Jorge PORTE, Petitioner.

#### No. 06–1059.

United States Court of Appeals, Third Circuit.

Submitted Under Rule 21, Fed. R.App. Pro. March 16, 2006.

Decided March 24, 2006.

Jorge Porte, Lisbon, OH, pro se.

Nathanael J. Byerly, Office of United States Attorney, Harrisburg, PA, Respondent.

Before RENDELL, AMBRO and BECKER, Circuit Judges.

### OPINION

PER CURIAM

In July 2004 Jorge Porte filed a habeas corpus petition pursuant to 28 U.S.C. § 2241. In December 2005 Porte filed a mandamus petition seeking an order compelling the District Court to rule on his petition. Shortly thereafter the District

Court did so, denying the petition on January 9, 2006.

Accordingly, the mandamus petition is moot, and we will deny it.